IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GILBERTO VALDIVIA LEZAMA,          *

          Petitioner,          *

v.          Case No.  4:26-cv-634-CDL-ALS

          *

WARDEN, STEWART DETENTION
CENTER, *et al.,*          *

          Respondents.          *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 26, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 26th day of May, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk